IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

vs.

CHARLES D. MATLOCK,

    Movant.

No. CR S-92-0315 GEB PAN P

ORDER

---

Movant has filed a motion for an extension of time to file objections to the court's findings and recommendations filed February 8, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Movant's February 27, 2006 motion for an extension of time is granted; and

    2. Movant is granted an extension of time until March 18, 2006 in which to file and serve objections to the February 8, 2006 findings and recommendations.

DATED: March 2, 2006.

/s/
UNITED STATES MAGISTRATE JUDGE

12;matl0315.ext