IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,                  2:92-cr-0315-GEB-PAN (JFM)-P

    vs.

CHARLES D. MATLOCK,

        Movant.                   <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 19, 2004, movant filed a motion for reconsideration of the magistrate judge's order filed June 30, 2004, denying movant's motion for leave to file an amendment to his § 2255 motion. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the record herein, the court finds that the magistrate judge's ruling was correct. The ruling will be affirmed.

        On February 8, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. By order

1

filed March 2, 2006, movant was granted an extension of time until March 18, 2006 to file objections.  That extended period has passed and neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Upon reconsideration, the magistrate judge's June 30, 2004 order is affirmed;

2. The findings and recommendations filed February 8, 2006, are adopted in full;

3. Movant's June 25, 1998 motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 and his June 1, 1999 supplemental § 2255 motion are denied; and

4. The Clerk of the Court is directed to close the companion civil case, No. CIV. S-98-1210 GEB PAN P.

Dated:  March 24, 2006

```
                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```